| Plaintiffs: | | Defendants: |
|---|---|---|
| Nathaniel Harvey<br>1503 Sherry Dr.<br>Taylor, TX 76574 | FILED<br>2004 MAR -1 PM VS 13 | Judge Tim L. Wright<br>County Court at Law No. 2<br>Williamson County<br>405 MLK<br>Georgetown, TX 78626 |

# A04CA 115 SS

Complaint:

Wrongful Judgment and Civil Rights Violation

    On December 11, 2003 I was at a hearing in Judge Wright's courtroom. I was trying to speak to the judge regarding a property dispute over hear property. The judge let Atty. Leland R. Enochs speak but would not let me make a statement. He would tell me to talk, then he would yell at me saying "Shut up"! This happened through out the court hearing. He would ask me to speak and again tell me to "Shut up"! He would never interrupt Mr. Enochs, while he was speaking, and would always cut me off by yelling at me to "Shut up"!

    I would like to get the court reporter's tape for that hearing to show proof of how the Judge was yelling at me to shut up. He would not let me say 3 or 4 words without yelling "Shut up"!

    I would also want to include Exhibit 7, which is the judgment on court case no. 03-0220-CP2A. I am disputing the wrongful judgment by Tim L. Wright, on this case.

Demand $750,000
  (mental anguish $400,000 and punitive damages $350,000 plus court cost)

*I ask the court to appoint an administrator to divide the property.*

*PH-512-352-7944*

*Respectfully Submitted,*
*Nathaniel Harvey*
*1503 Sherry Dr*
*Taylor, TX 76574*

(1)

NO.03-0220-CP2A

| | | |
|---|---|---|
| Nathaniel Harvey | * | IN THE COUNTY COURT |
| Plaintiff | * | |
| | • | AT LAW NO. 2 |
| VS. | * | |
| | * | |
| Dorris Ward | * | WILLAMSON COUNTY, |
| Defendant Etal | * | TEXAS. |

To The Honorable Judge of said Court, comes now the Plaintiff, Nathaniel Harvey.

PLAINTIFF'S ORIGINAL PETITION AND VERIFIED APPLICATION FOR EXIBITS I, II, III, IV, V, VI, AND VII FOR HEARING ON MARSHALL HARVEY AND IDA HARVEY ESTATE DECEASED.

Sec. 322. Classification of Claims Against Estate of Decedent.

Claims against an estate of a decedent shall be classified and have priority of payment, as follows:
Class 1. Funeral expenses $2,795.49
Class 4. Taxes $1,973.90
$2,795.49 + $1,973.90= $4,769.39 Total
Plaintiff ask the Court to have 157 feet of chain link fence to be put back. I have pictures of the house being demolished and lumber being hauled and sold. Ms. Ward can not go into debt on my behalf, there is trash piled up in the back of the lots where house was torn down. Ms. Ema Green gave consent to take up fence, which dropped the value on the property. I was told when I spoke to the demolishers, if I had anything to say contact Ms. Ward. I don't believe other people should have more say so over my parents property. That are not in the Will. I ask the Court that something be done to stop this. The fence, two double gates, and one single gate did not have to be removed, this was done for greed. My consent was not asked or given. I pray the 11TH day of December of 2003, that something be done.

Respectfully submitted:

*Nathaniel Harvey*
Nathaniel Harvey
1503 Sherry Dr.
Taylor TX  76574

FILED
at 8:36 o'clock A.

DEC 1 1 2003

James E. Kute
County Clerk Williamson Co.